**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDA SLADE,

                        Plaintiff,         Case No.   1:23-cv-1218-MKV

    - against -

SANVELLO HEALTH INC.,

                        Defendant.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Sanvello Health Inc.

Dated: Scarsdale, New York
       May 9, 2023

                                              SHAKED LAW GOUP, P.C.
                                              Attorneys for Plaintiff

                                          By: _____
                                              Dan Shaked, Esq.
                                              14 Harwood Court, Suite 415
                                              Scarsdale, NY 10583
                                              Tel. (917) 373-9128
                                              e-mail: ShakedLawGroup@Gmail.com